IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GINA TIMMERMAN and LESLIE TIMMERMAN, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 114-224 |
| NAVIENT SOLUTIONS, INC. f/k/a SALLIE MAE, INC., | * * * | |
| Defendant. | * | |

## ORDER

Presently before the Court is a Consent Motion to Stay Proceedings Pending Arbitration. (Doc. no. 9.) The parties represent that arbitration agreements govern all claims arising from or relating to the student loan promissory notes at issue in this case. Thus, upon due consideration, the Court **GRANTS** the Consent Motion and **STAYS** all current and pending deadlines in this case pursuant to 9 U.S.C. § 3.

The arbitrating parties **SHALL** file a joint status report with this Court on the progress of the proceedings every **NINETY (90) DAYS** until the arbitration is resolved. The Court further **DIRECTS** the Clerk to **CLOSE** this case for statistical purposes. Any party may move to reopen the case at an appropriate time.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of January, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA