IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GINA TIMMERMAN and LESLIE TIMMERMAN, | * | |
| Plaintiffs, | * | |
| v. | * | 1:14-cv-224 |
| NAVIENT SOLUTIONS, INC., f/k/a Sallie Mae, Inc., | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is the parties' stipulation of dismissal with prejudice. (Doc. 18). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES WITH PREJUDICE** all claims in this matter. The clerk is **DIRECTED** to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of March, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA